﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/20 Archive Date: 12/31/20

DOCKET NO. 200803-101213
DATE: December 31, 2020

REMANDED

The issue of entitlement to service connection for chronic headaches is remanded.

REASONS FOR REMAND

The Veteran served on active duty from April 1965 to March 1967. 

In December 2019, the Veteran submitted a VA Form 20-0995, Decision Review Request: Supplemental Claim, and requested review of a November 2019 rating decision based on new and relevant evidence. In January 2020, the agency of original jurisdiction (AOJ) issued the supplemental claim decision on appeal, which found that new and relevant evidence had been received and denied the claim based on the evidence of record at the time of that decision. In the August 2020 VA Form 10182, Decision Review Request: Board Appeal, the Veteran elected the Direct Review docket. Therefore, the Board may only consider the evidence of record at the time of the AOJ decision on appeal. 38 C.F.R. § 20.301.

The issue of entitlement to service connection for chronic headaches is remanded.

The issue of entitlement to service connection for chronic headaches is remanded to correct a duty to assist error that occurred prior to the January 2020 rating decision on appeal. The AOJ obtained a June 2019 medical opinion, with a July 2019 addendum opinion, prior to the January 2020 rating decision on appeal. However, this medical opinion does not provide an adequate rationale regarding whether the Veteran’s chronic headache is caused or aggravated by his service-connected disabilities, to include chronic sinusitis, sleep apnea, tinnitus, and allergic rhinitis. Moreover, the evidence submitted prior to the January 2020 rating decision on appeal indicates that the Veteran has headaches that are attributed to chronic sinusitis (August 2019 private disability benefits questionnaire) or that the Veteran’s headaches might be related to exposure to extreme cold weather while in service. See August 2019 private disability benefits questionnaire for sinusitis and headaches. 

There is also a suggestion that headaches may be a side effect of medication he has taken. Finally, it must be clearly determined whether he has a separate disability manifested by headaches, or whether they are more properly rated as part of either the service connected sinusitis or sleep apnea.

The matter is REMANDED for the following action:

Obtain an addendum opinion from an appropriate clinician regarding whether the Veteran’s chronic headache is at least as likely as not related to service, to include exposure to extreme cold weather while in service and/or it is proximately due to or aggravated beyond its natural progression by a service-connected disability, to include, but not limited to, chronic sinusitis, sleep apnea, tinnitus, allergic rhinitis, or pain due to service-connected orthopedic disabilities. Specifically it must be determined whether there is a separate disability manifested by headaches, or whether the headaches are 

 

more appropriately rated as part of the service connected sinusitis or sleep apnea. All medical findings and rationale should be clearly set out.

 

 

MICHAEL D. LYON

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Y. Taylor, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.